# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 17-02831-AB (AS) | Date | June 30, 2017 |
| Title | Anthony D. McLaurin v. Stu Sherman, Warden | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Petitioner | Attorneys Present for Respondent: |
| N/A | N/A |

**Proceedings:** **(IN CHAMBERS)** ORDER TO SHOW CAUSE

On April 13, 2017, Anthony D. McLaurin ("Petitioner") filed a Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 ("Petition"), asserting sixteen claims for relief. (Docket Entry No. 1).

On June 5, 2017, the Court issued an Order Denying Respondent's Motion to Dismiss with Prejudice, which inter alia ordered Petitioner to sign and return page 8 of the Petition to the Court by June 15, 2017. (Docket Entry No. 17). Petitioner was expressly warned that failure to comply with the Court's June 5, 2017 Order may result in his action be dismissed with prejudice for his failure to prosecute and/or obey Court orders pursuant to Fed.R.Civ.P. 41(b). Id. at 2. (The Clerk of the Court is directed to provide Petitioner with a copy of the Court's June 5, 2017 Order.)

To date, Petitioner has failed to sign and return page 8 of the Petition to the Court, in non-compliance with the Court's June 5, 2017 Order.

Accordingly, Petitioner is ORDERED TO SHOW CAUSE why the Court should not dismiss this action for failure to prosecute and/or obey a Court order. Petitioner must file a response to this Order **no later than July 10, 2017.** Petitioner may discharge of this Order to Show Cause by signing and returning page 8 of the Petition to the Court by July 10, 2017.

**Petitioner is expressly warned that failure to file a timely response to this Order <u>will</u> result in a recommendation that this action be dismissed with prejudice for his failure to prosecute and/or comply with Court orders pursuant to Fed. R. Civ. P. 41(b).**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-02831-AB (AS) | Date | June 30, 2017 |
|---|---|---|---|
| Title | Anthony D. McLaurin v. Stu Sherman, Warden | | |

    The Court VACATES the portion of its June 5, 2017 Order requiring Respondent to file an Answer addressing the merits of the claims alleged in the Petition by no later than July 5, 2017. Once the issue of the signing and returning the Petition to the Court has been resolved, the Court will set another date for Respondent to file an Answer.

|  | Initials of Preparer | AF |
|---|---|---|