**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ANTHONY D. MCLAURIN, | ) | NO. CV 17-2831-JVS (AS) |
| | ) | |
| Petitioner, | ) | |
| | ) | **ORDER ACCEPTING FINDINGS,** |
| v. | ) | |
| | ) | **CONCLUSIONS AND RECOMMENDATIONS OF** |
| STU SHERMAN, Warden, | ) | |
| | ) | **UNITED STATES MAGISTRATE JUDGE** |
| Respondent. | ) | |
| | ) | |
| | ) | |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. After having made a *de novo* determination of the portions of the Report and Recommendation to which objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate.

IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order,

2 the Magistrate Judge's Report and Recommendation and the Judgment herein

3 on counsel for Petitioner and counsel for Respondent.

4

5    LET JUDGMENT BE ENTERED ACCORDINGLY.

6

7       DATED: June 5, 2018.

8

9

10    _____

11       JAMES V. SELNA
         UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28